**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Sergio RODRIGUEZ, a.k.a. Sergio Iniguez Rodriguez, Defendant–Appellant.**

**No. 13–50641.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 9, 2014.*

Filed Dec. 12, 2014.

Jean–Claude Andre, Assistant U.S., Wilson Kyung Park, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Brianna Fuller Mircheff, Assistant Federal Public Defender, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: WALLACE, LEAVY, and BYBEE, Circuit Judges.

## MEMORANDUM **

Sergio Rodriguez appeals from the district court's judgment and challenges the 41–month sentence imposed following his

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

guilty-plea conviction for being an illegal alien found in the United States after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Rodriguez contends that the 41–month sentence is substantively unreasonable. The district court did not abuse its discretion in imposing Rodriguez's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The sentence at the top of the advisory Guidelines range is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Rodriguez's extensive criminal and immigration history. *See id.; see also United States v. Gutierrez–Sanchez,* 587 F.3d 904, 908 (9th Cir. 2009) ("The weight to be given the various factors in a particular case is for the discretion of the district court.").

**AFFIRMED.**